# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: brichards | Date Created: 5/27/2015 |
| Case: 15−10694−mew | Form ID: b9f | Total: 45 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
6660704     YUHA Group
6661139     ecf@pacerpro.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Blue Dog at 399 Inc.     2440 Broadway     Suite 280     New York, NY 10024
ust     United States Trustee     Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014
intp    PacerPro, Inc.     c/o McGrane LLP     Four Embarcadero Center     Suite 1400     San Francisco, CA 94111 UNITED STATES
cr      Pawnee Leasing Corporation     Platzer, Swergold, et al.     1065 Avenue of The Americas, 18th Fl     New York, NY 10018
aty     Gavin McGrane     McGrane LLP     Four Embarcadero Center     Suite 1400     San Francisco, CA 94129
aty     Paul R. DeFilippo     Wollmuth Maher & Deutsch LLP     500 Fifth Avenue     12th Floor     New York, NY 10110
aty     Sherri D. Lydell     Platzer, Swergold, Levine     Goldberg, Katz & Jaslow, LLP     475 Park Avenue South     18th Floor     New York, NY 10016
smg     New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300
smg     United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007
smg     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346
smg     N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201−0551
smg     New York City Dept. Of Finance     345 Adams Street, 3rd Floor     Attn: Legal Affairs – Devora Cohn     Brooklyn, NY 11201−3719
6672207     Arcadia Electrical     10−05 Wyckoff Avenue     Ridgewood, NY 11385
6660699     BRAVO Capital     1214 W. 5th Street, Suite B     Austin, TX 78703
6660698     Boston Properties Limited Partnership     P.O. Box 3557     Boston, MA 02241−3557
6672209     Boston Properties Limited Partnership     P.O. Box 3557     Boston, MA 02241−3557
6660697     Boston Properties, Inc.     399 Park Avenue     New York, NY 10022
6672208     Boston Properties, Inc.     399 Park Avenue     New York, NY 10022
6672210     Bravo Capital, LLC     1214 W. 5th Street, Suite B     Austin, TX 78703
6697168     CON EDISON     BANKRUPTCY GROUP     4 IRVING PLACE,ROOM 1875−S     NEW YORK,NY 10003
6660700     D&D Funding     3500 Financial Drive     Tallahassee, FL 32312
6672211     D&D Funding     3500 Financial Drive     Tallahassee, FL 32312
6660701     Eldorado Coffee Service     56−75 49th Street     Maspeth, NY 11378
6672212     Eldorado Coffee Service     56−75 49th Street     Maspeth, NY 11378
6660702     Elizabeth Slavutsky     111 W. 67 Street, #21N     NY, NY 10023
6672213     Elizabeth Slavutsky     111 W. 67 Street, #21N     New York, NY 10023
6672214     Elizabeth Slavutsky     251 West 91st Street,     New York, NY 10024
6660703     Financial Pacific Leasing     3455 S. 344th Way, Suite 300     Federal Way, WA 98001
6672215     Financial Pacific Leasing, Inc.     3455 S. 344th Way, Suite 300     Federal Way, WA 98001
6672216     Financial Pacific Leasing, Inc.     PO Box 4568     Federal Way, WA 98001
6672217     Healthy Haven     41−18 38th Street     Long Island City, NY 11101
6672218     Leading Insurance Company     400 Kelby Street     Fort Lee, NJ 07024
6672219     Matthew Bendix Engineer     8 Haven Avenue, Suite 202     Port Washington, NY 11050
6672220     National Union Fire Insurance Company     625 Liberty Ave., Ste 900     Pittsburgh, PA 15222
6672221     New York Design     175 West Broadway     New York, NY 10013
6672222     Nexgen Construction Services Corp.     30 Wilbur Street     Staten Island, NY 10309
6672223     Pawnee Leasing Corporation     700 Centre Avenue     Fort Collins, CO 80526
6682421     Pawnee Leasing Corporation     c/o Platzer, Swergold, Levine,     Goldberg, Katz& Jaslow, LLP     475 Park Avenue South, 18th Floor     New York, New York 10016     Attn:Sherri D. Lydell, Esq.
6672224     SWA (Steve Wygoda Architect)     190 E. Main Street     Huntington, NY 11743
6672225     Thornton Thomasetti Structural Engineer     51 Madison Avenue     New York, NY 10010
6672226     US Foods, Inc.     1051 Amboy Avenue     Perth Amboy, NJ 08861
6672228     YUHA Group     100 Winston Drive     Cliffside Park, NJ 07010
6672227     Yes Food LLC     115 West 56th Street     New York, NY 10019

TOTAL: 43